TAXPAYERS ASSOCIATION OF CAPE MAY, INC. v.
CITY OF CAPE MAY.

Feb. 11, 1980.   Petition for certification denied.

CORNELIUS VAN HOUTEN v. NEW JERSEY
MANUFACTURERS INSURANCE CO.

Feb. 11, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD J. TRAMMEL.

Feb. 11, 1980.   Petition for certification denied.

MILLARD SPIALTER T/A LINDSLEY ARMS APTS.
v. PETER TESTA.

Feb. 11, 1980.   Petition for certification denied.   (See 171
*N.J.Super.* 181)

EFRAIN SUAREZ v. TROOPER PAUL DOSKY.

Feb. 11, 1980.   Petition for certification denied.   (See 171
*N.J.Super.* 1)

CHANNEL COMPANIES, INC. v. CINNAMINSON
SHIPPING CENTER, INC.

Feb. 11, 1980.   Petition for certification denied.